IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANNY LEE MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 05-243 |
| | ) |
| AXCAN SCANDIPHARM, INC., | )  Judge Lancaster |
| | )  Magistrate Judge Hay |
| Defendant. | ) |

**ORDER**

AND NOW, this 23rd day of Jan., 2006, after a Motion for Leave to File Brief Amici Curiae was submitted by the Women's Law Project and Lambda Legal Defense and Education Fund, Inc. in the above-captioned case, and after a Brief in Opposition to the Motion for Summary Judgment was submitted by defendant, Axcan Scandipharm, Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the Motion for Leave to File Brief Amici Curiae [Docket No. 14] is DENIED.

_____
GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

John G. Burt, Esquire
401 Wood Street
Suite 810, Arrott Building
Pittsburgh, PA 15222

Philip R. Voluck, Esquire
Michael V. DeSantis, Esquire
Kaufman, Schneider & Bianco, LLP
390 North Broadway
Jericho, NY 11753

Susan Frietsche, Esquire
Women's Law Project
425 Sixth Avenue
Suite 1860
Pittsburgh, PA 15219

Cole Thaler, Esquire
Lambda Legal Defense and Education Fund
1447 Peachtree Street, NE
Suite 1004
Atlanta, GA 30309